IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DEBORAH YATES,** | : | Case No. **16-23303-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 7 & 8 |
| **DEBORAH YATES**, | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| **ALLEGHENY POWER, B & B ORTHOPEDICS, CAPITAL ONE BANK, CRESCENT ACCEPTANCE CORP., DOROTHY RAPP, ECAST SETTLEMENT CORPORATION, EMC MORTGAGE, FIRST PREMIER BANK, GM CARD, JC PENNEY CO., INC./MONOGRAM, JD RAPP, JEFFERSON CAPITAL SYSTEMS LLC, JEFFERSON HEALTH SERVICES, JPMORGAN CHASE BANK, N.A. AS SERVICER FOR US BANK, LASALLE BANK, N.A., MAX RECOVERY, INC., MON VALLEY HOSPITAL, MONONGAHELA EMERGENCY PHYSICIANS, PITTSBURGH POST-GAZETTE, RADIOLOGY ASSOC. OF W. PA., RINGGOLD TWP/SD, RUDY ZELAK, SMITH & NEPHEW, SOUTH HILLS RADIOLOGY ASSOC., SOUTHWEST BEHAVIORAL CARE, ST. CLAIR HOSPITAL, TRI-COMMUNITY SOUTH EMS, VERIZON, WASHINGTON COUNTY TCB, WASTE MANAGEMENT CO. and WASTE MANAGEMENT OF YOUNGSTOWN,** | : : : : : : : | Hearing Date: 10/5/2016 at 10:00 am |
| *Respondents* | | |

# CERTIFICATE OF NO OBJECTION REGARDING
# DEBTOR'S MOTION TO EXTEND STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **9/10/2016** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **9/27/2016.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 9/28/2016

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
e-mail: m.s.geisler@att.net