IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| **DEBORAH A. YATES** | : | Case No.  **16-23303-GLT** |
| | : | |
| Debtor | : | Doc No. |

## EMPLOYEE INCOME RECORD

DEBORAH A. YATES

| Date | Weekly | Monthly |
|---|---|---|
| Employer | BOB'S TAVERN | BOB'S TAVERN |
| Gross Pay | $75.00 | $325.00 |
| Federal Income Tax | $0.00 | $0.00 |
| Social Security | $4.65 | $20.15 |
| Medicare | $1.09 | $4.71 |
| State Income Tax | $2.30 | $9.98 |
| State Unemployment Tax | $0.16 | $0.69 |
| Local Tax | $0.75 | $3.25 |
| Total Deductions | $8.95 | $38.78 |
| Take Home Pay | $151.38 | $655.98 |
| Debtor's SS | $    723.00 | |
| Contrib fm Boyfriend | $ 1,000.00 | |

DATED:   9/29/2016

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net