IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DEBORAH YATES, | : | Bankruptcy No. **16-23303-GLT** |
| *Debtor* | : | |
| | : | Related To Doc. # 7 |
| DEBORAH YATES, | : | |
| *Movant,* | : | Filed under Section |
| vs | : | 362(c)(3) of the |
| | : | Bankruptcy Code |
| ALLEGHENY POWER, B & B ORTHOPEDICS, CAPITAL ONE BANK, CRESCENT ACCEPTANCE CORP., DOROTHY RAPP, ECAST SETTLEMENT CORPORATION, EMC MORTGAGE, FIRST PREMIER BANK, GM CARD, JC PENNEY CO., INC./MONOGRAM, JD RAPP, JEFFERSON CAPITAL SYSTEMS LLC, JEFFERSON HEALTH SERVICES, JPMORGAN CHASE BANK, N.A. AS SERVICER FOR US BANK, LASALLE BANK, N.A., MAX RECOVERY, INC., MON VALLEY HOSPITAL, MONONGAHELA EMERGENCY PHYSICIANS, PITTSBURGH POST-GAZETTE, RADIOLOGY ASSOC. OF W. PA., RINGGOLD TWP/SD, RUDY ZELAK, SMITH & NEPHEW, SOUTH HILLS RADIOLOGY ASSOC., SOUTHWEST BEHAVIORAL CARE, ST. CLAIR HOSPITAL, TRI-COMMUNITY SOUTH EMS, VERIZON, WASHINGTON COUNTY TCB, WASTE MANAGEMENT CO. and WASTE MANAGEMENT OF YOUNGSTOWN, | : | |
| *Respondents* | | |

## ORDER OF COURT

AND NOW, this 29th day of September, 2016, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Deborah Yates
Michael S. Geisler, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trsutee

FILED
9/29/16 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-23303-GLT
Deborah Yates                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 1      Date Rcvd: Sep 29, 2016
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db          +Deborah Yates,   210 Pleasantview Road,   Finleyville, PA 15332-3021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
             Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
              in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
              Bank National Association as Trustee for EMC Mort bkgroup@kmllawgroup.com
             Michael S. Geisler    on behalf of Debtor Deborah  Yates m.s.geisler@att.net,
              msgeis@yahoo.com;michaelgeisler13@gmail.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
             S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
              Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                               TOTAL: 5