**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 16−23303−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Deborah Yates
   210 Pleasantview Road
   Finleyville, PA 15332

Social Security No.:
   xxx−xx−9307

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Michael S. Geisler<br>201 Penn Center Blvd., Suite 524<br>Pittsburgh, PA 15235<br>Telephone number:  412−613−2133 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>December 12, 2016<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>December 12, 2016<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/10/16

BY THE COURT

Gregory L. Taddonio
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                         Case No. 16-23303-GLT
Deborah Yates                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2           User: gamr              Page 1 of 2      Date Rcvd: Nov 10, 2016
                               Form ID: rsc            Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2016.
db            +Deborah Yates,    210 Pleasantview Road,    Finleyville, PA 15332-3021
cr            +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                Pittsburgh, PA 15212-5866
14284226      +B & B Orthopedics,    1145 Bower Hill Road,    Pittsburgh, PA 15243-1342
14284227       Capital One Bank (SA) N.A.,    c/o TSYS Debt Management,    P.O. Box 5155,
                Norcross, GA 30091-5155
14284228       Crescent Acceptance Corp.,    P.O. Box 241,   Carnegie, PA 15106
14284229      +Dorothy Rapp,    5649 Marilyn Drive,    Pittsburgh, PA 15236-3355
14284231      +EMC Mortgage,    3415 Vision Drive,    Dept. OH4-7119,    Columbus, OH 43219-6009
14284232      +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
14284233      +GM Card,    Customer Service,    P.O. Box 80083,    Salinas, CA 93912-0083
14284234       JC Penney Co., Inc./Momogram,    Bankruptcy Dept.,    P.O. Box 533,    Dallas, TX 75221-9913
14284235       JD Rapp,    244 Delano Drive,   Dallas, TX 75221-9913
14284238       JP Morgan Chase Bank, N.A. as servicer,    for U.S. Bank -TTEE Chase Records Center,
                Attn: Corresponsence Mail,    Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA 71203
14284237      +Jefferson Health Services,    P.O. Box 37166M,    Pittsburgh, PA 15250-0001
14284239      +LaSalle Bank, N.A.,   10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14284240      +Margaret Gairo, Esquire,    McCabe, Wesiberg & Conway, P.C.,    123 S. Broad Street, Suite 2080,
                Philadelphia, PA 19109-1031
14284241       Max Recovery, Inc.,    P.O. Box 10228,   Newark, NJ 07193-0228
14284242      +Mon Valley Hospital,    c/o Colonial Acceptance Co.,    312 Fallowfield Avenue,
                Charleroi, PA 15022-1405
14284243      +Monongahela Emergency Physicians,    P.O. Box 28,   Washington, PA 15301-0028
14284245      +Radiology Associates of Western Pa.,    P.O. Box 90130,    Pittsburgh, PA 15224-0530
14284246      +Raymond P. Amatangelo,    312 Fallowfield Circle,    Charleroi, PA 15022-1405
14284247      +Ringgold Township and SD,    c/o Pa Municipal Service Company,    336 Delaware Avenue,
                Oakmont, PA 15139-2138
14284248      +Rudy Zelak,    3700 Route 88,   Finleyville, PA 15332-1320
14284249      +Smith & Nephew,    2985 Scott Street,    Vista, CA 92081-8339
14284250      +South Hills Radiology Associates,    P.O. Box 13524,    Pittsburgh, PA 15243-0524
14284251      +Southwest Behavioral Care,    c/o Colonial Acceptance Co.,    312 Fallowfield Avenue,
                Charleroi, PA 15022-1405
14284253      +Tri-Community South EMS,    5100 West Library Avenue,    Bethel Park, PA 15102-2787
14284254      +Verizon Wireless,    Bankruptcy Dept.,    500 Technology Drive, Suite 550,
                Weldon Spring, MO 63304-2225
14284255       Washington County Tax Claim Bureau,    100 Beau Street,    Courthouse Square,
                Washington, PA 15301
14284257      +Waste Management of Youngstown,    P.O. Box 4178,   Youngstown, OH 44515-0178
14284230       eCast Settlement Corporation,    P.O. Box 34580,    Newark, NJ 07193-5480
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 11 2016 01:33:31     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14284225       E-mail/Text: bankruptcy@firstenergycorp.com Nov 11 2016 01:33:39      Allegheny Power,
                P.O. Box 1392,    Fairmont, WV 26555-1392
14284236       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 11 2016 01:33:44     Jefferson Capital Services, LLC,
                P.O. Box 7999,    Saint Cloud, MN 56302-7999
14284252      +E-mail/Text: PFS.Analyst@stclair.org Nov 11 2016 01:33:51      St. Clair Hospital,
                1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14284256      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Nov 11 2016 01:33:48
                Waste Management Co.,    c/o Credit Management Co.,    2121 Noblestown Road,
                Pittsburgh, PA 15205-3956
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee, succes
14284244     ##+Pittsburgh Post-Gazette,    Attn: Credit Manager,    34 Blvd. of the Allies,
                Pittsburgh, PA 15222-1204
                                                                                   TOTALS: 1, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Nov 10, 2016
                              Form ID: rsc            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association as Trustee for EMC Mort bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Deborah  Yates m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 5
```