# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | DEBORAH YATES |
| **Case Number:** | 16-23303-GLT        **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 09, 2017 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#18 - Final Confirmation of Plan Dated 9/18/2016 (NFC)
R / M #:  18 / 0

### *Appearances:*

Debtor: *Geisler* (signature)
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor: *LMP*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. \_\_✓\_\_ Plan/Motion continued to  7-27-17  at  11:00 .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*RECEIVED 2017 MAR 13 A 7:33 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

3/1/2017     3:58:12PM