**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DEBORAH YATES | Case No. 16-23303GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| WASHINGTON COUNTY TAX CLM BUREAU(*) | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

| | |
|---|---|
| WASHINGTON COUNTY TAX CLM BUREAU(*) | Court claim# /Trustee CID# 8 |
| COURTHOUSE-MAIN ST | |
| 100 W BEAU ST STE 205 | |
| WASHINGTON, PA 15301-4402 | |

The Movant further certifies that on 04/07/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DEBORAH YATES, 210 PLEASANTVIEW ROAD, FINLEYVILLE, PA  15332

DEBTOR'S COUNSEL:
MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
WASHINGTON COUNTY TAX CLM BUREAU(*), COURTHOUSE-MAIN ST, 100 W BEAU ST STE 205, WASHINGTON, PA  15301-4402

NEW CREDITOR: