# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DEBORAH YATES

Case No. 16-23303GLT

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant

vs.

Document No __

US BANK

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number .

Regular mortgage payments are currently being directed to the following creditor at the following address:

US BANK
700 KANSAS LN
MONROE,LA 71203

Movant has been requested to send payments to:
SELECT PORTFOLIO SERVICING
ATTN GENERAL CORRESPONDENCE
P.O. BOX 65250
SALT LAKE CITY, UT 84165-0250

The Chapter 13 Trustee's CID Records of US BANK have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/9/2017.

|  |  |
|---|---|
| cc:   Debtor<br>Original creditor<br>Putative creditor<br>Debtor's Counsel | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DEBORAH YATES, 210 PLEASANTVIEW ROAD, FINLEYVILLE, PA  15332 | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>US BANK, 700 KANSAS LN, MONROE, LA  71203 | ORIGINAL CREDITOR'S COUNSEL:<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR:<br>SELECT PORTFOLIO SERVICING<br>ATTN GENERAL CORRESPONDENCE<br>P.O. BOX 65250<br>SALT LAKE CITY, UT 84165-0250 | |