## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Case No.:   16-23303-GLT
                                                    : Chapter:    13
Deborah Yates                                       :
                                                    :
                                                    : Date:       6/14/2017
            *Debtor(s)*.                            : Time:       10:30

**FILED**
**JUN 15 2017**
**CLERK, U.S. BANKRUPTCY COURT**
**WEST DIST. OF PENNSYLVANIA**

### PROCEEDING MEMO

**MATTER:**    #40 - Status Conference on Loss Mitigation with U.S. Bank (#30/26)

**APPEARANCES:**
       Debtor:    Michael S. Geisler
       SPS:       Matthew Pavlovich

**NOTES:**

Geisler - Debtor is working to get proper paystubs from her employer. In the process of obtaining required information from SPS. SPS needs a 2017 social security income award letter. Submitted a revised RMA and 4506 document.

Pavlovich - All documents except the 2017 award letter have been received. No non-obligor credit check is needed. Mistake on portal. Application will be fast-tracked once the award letter is received (30 days or less).

Court - Debtor's counsel needs to provide updates on the portals indicating any issues that may exist.

**OUTCOME:**

1. LMP extended for 60 days. (Text Order to issue).

**DATED:** 6/14/2017