# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DEBORAH YATES
**Case Number:** 16-23303-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 27, 2017 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#18 - Continued Confirmation of Plan Dated 9/18/2016 (NFC)
R / M #: 18 / 0

### Appearances:

Debtor: Geisler
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

Handwritten notes: "LMP pending  Note => mortgage Service is Select portfolio"

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. ✓ Plan/Motion continued to **11/2/17** at **1:00 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JUL 27 P 3: [--] CLERK U.S. BANKRUPTCY COURT PITTSBURGH

7/17/2017  12:28:17PM