# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| Debtor: | DEBORAH YATES |
| Case Number: | 16-23303-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 02, 2017 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED 2017 NOV -3 P 4:42 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

***Matter:***

#18 - Continued Confirmation of Plan Dated 9/18/2016 (NFC)
R / M #:  18 / 0

***Appearances:***

Debtor: Geisler
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Lmp stat pending*
*No Unsecured Creditors*

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/22/18 at 11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/27/2017 9:06:36AM