# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DEBORAH YATES
**Case Number:** 16-23303-GLT  **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 11:30 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#18 - Continued Confirmation of Plan Dated 9/18/2016 (NFC)
R / M #: 18 / 0

### *Appearances:*

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome: continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __5-10-18__ at __10:00 am__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/16/2018   1:57:29PM