B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Deborah Yates ,                          Case No.  16-23303-GLT

Related Doc #42

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A c/o Select Portfolio Services, Inc.

Name of Transferee

US BANK

Name of Transferor

Name and Address where notices to transferee should be sent:
Select Portfolio Services, Inc.
P.O. Box 65250, Salt Lake City, UT 84165-0250

Court Claim # (if known):  n/a**
Amount of Claim:
Date Claim Filed:

Phone:  1-800-258-8602
Last Four Digits of Acct #:   8872

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):
Select Portfolio Services, Inc.
Attn: Remittance Processing
P.O. Box 65450, Salt Lake City, UT 84165

**Trustee Claim #38, #7

Phone:  1-800-258-8602
Last Four Digits of Acct #:   8872

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Danielle Boyle-Ebersole, Esquire                    Date:  03/15/2018
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 16-23303-GLT |
|    Deborah Yates | : Chapter 13 |
|         Debtor/Respondent | : |
| | : |
| U.S. Bank, National Association, as Trustee, as successor-in-interest to Bank of America, N.A., as successor to LaSalle Bank National Association, as Trustee for EMC Mortgage Loan Trust 2005-A, Mortgage Pass-Through Certificates, Series 2005-A c/o Select Portfolio Services, Inc. | : Related Doc #42 |
|         Movant | : |
|      vs. | : |
| Deborah Yates | : |
|         Debtor/Respondent | : |
|      and | : |
| Ronda J. Winnecour, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Danielle Boyle-Ebersole, Esquire certify that service upon all interested parties, as indicated below, was made by sending a true and correct copy of the Transfer of Claim on the date/manner as indicated below:

Michael S. Geisler, Esquire
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Via First Class Mail:
*Attorney for Debtor*

Deborah Yates
210 Pleasantview Road
Finleyville, PA 15332
Via First Class Mail
*Debtor*

Ronda J. Winnecour, Esquire
Via ECF:
*Trustee*

Dates: 03/15/2018

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com