# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** DEBORAH YATES
- **Case Number:** 16-23303-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MAY 10, 2018 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#18 - Continued Confirmation of Plan Dated 9/29/2016 (NFC)
R / M #: 18 / 0

**Appearances:**

Debtor: Geisler (signature)
Trustee: Winnecour / Pail / Katz / DeSimone  *(circled)*
Creditor:

*Handwritten note:* Debtor to file amended plan to treat US Bank as a PIF

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by __6/7/18__.
    Objections are due on or before __7/9/18__.
    A hearing on the Amended Plan is set for ~~7/19/18~~ __7/26/18 at 11:30 Am__
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/3/2018    3:59:12PM