**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Bankruptcy Case No.: 16–23303–GLT
Related to Docket No. 62
Chapter: 13
Docket No.: 63 – 62
Conciliation Conference Date: 8/23/18 at 09:00 AM

**Deborah Yates**
   Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___14th___ day of ___July___, __2018__, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail, Postage Prepaid, unless otherwise indicated.

on the respondent(s) at (list names and addresses here):

See attached pages.

Executed on ___7/14/2018___            ___/s/ Michael S. Geisler___
               (Date)                                       (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235
_____
(Type Name and Mailing Address of Person Who Made Service)

RONDA J. WINNECOUR, TRUSTEE(BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE(BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Allegheny Power
P.O. Box 1392
Fairmont, WV 26555-1392

B & B Orthopedics
1145 Bower Hill Road
Pittsburgh, PA 15243

Capital One Bank (SA) N.A.
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091-5155

Crescent Acceptance Corp.
P.O. Box 241
Carnegie, PA 15106

Dorothy Rapp
5649 Marilyn Drive
Pittsburgh, PA 15236

eCast Settlement Corporation
P.O. Box 34580
Newark, NJ 07193-5480

EMC Mortgage
3415 Vision Drive
Dept. OH4-7119
Columbus, OH 43219

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

GM Card
Customer Service
P.O. Box 80083
Salinas, CA 93912-0082

JC Penney Co., Inc./Momogram
Bankruptcy Dept.
P.O. Box 533
Dallas, TX 75221-9913

JD Rapp
244 Delano Drive
Dallas, TX 75221-9913

Jefferson Capital Services, LLC
P.O. Box 7999
Saint Cloud, MN 56302-7999

Jefferson Health Services
P.O. Box 37166M
Pittsburgh, PA 15250

JP Morgan Chase Bank, N.A. as servicer
for U.S. Bank -TTEE Chase Records Center
Attn: Corresponsence Mail
Mail Code LA4-5555, 700 Kansas Lane
Monroe, LA 71203

LaSalle Bank, N.A.
10790 Rancho Bernardo Road
San Diego, CA 92127

Margaret Gairo, Esquire
McCabe, Wesiberg & Conway, P.C.
123 S. Broad Street, Suite 2080
Philadelphia, PA 19109

Max Recovery, Inc.
P.O. Box 10228
Newark, NJ 07193-0228

Mon Valley Hospital
c/o Colonial Acceptance Co.
312 Fallowfield Avenue
Charleroi, PA 15022

Monongahela Emergency Physicians
P.O. Box 28
Washington, PA 15301

Pittsburgh Post-Gazette
Attn: Credit Manager
34 Blvd. of the Allies
Pittsburgh, PA 15222-1000

Radiology Associates of Western Pa.
P.O. Box 90130
Pittsburgh, PA 15224

Raymond P. Amatangelo
312 Fallowfield Circle
Charleroi, PA 15022

Ringgold Township and SD
c/o Pa Municipal Service Company
336 Delaware Avenue
Oakmont, PA 15139

Rudy Zelak
3700 Route 88
Finleyville, PA 15332

Smith & Nephew
2985 Scott Street
Vista, CA 92083

South Hills Radiology Associates
P.O. Box 13524
Pittsburgh, PA 15243

Southwest Behavioral Care
c/o Colonial Acceptance Co.
312 Fallowfield Avenue
Charleroi, PA 15022

St. Clair Hospital
1000 Bower Hill Road
Pittsburgh, PA 15243

Tri-Community South EMS
5100 West Library Avenue
Bethel Park, PA 15102

U.S. Bank, National Association,
as Trustee, as successor-in-interest
to Bank of America, N.A., et al.
c/o Select Portfolio Services, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

U.S. Bank, N.A.
700 Kansas Lane
Monroe, LA 71203

Verizon Wireless
Bankruptcy Dept.
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Washington County Tax Claim Bureau
100 Beau Street
Courthouse Square
Washington, PA 15301

Waste Management Co.
c/o Credit Management Co.
2121 Noblestown Road
Pittsburgh, PA 15205

Waste Management of Youngstown
P.O. Box 4178
Youngstown, OH 44515