# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

- **Debtor:** DEBORAH YATES
- **Case Number:** 16-23303-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 23, 2018  09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#62 - Amended Plan Dated 7-8-18 (NFC)
R / M #:  62 / 0

## Appearances:

- Debtor: Geisler
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: Debtor passed away, with no heirs. Please dismiss. Debtor counsel consents.

8/16/2018  10:58:31AM