Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Deborah Yates** | : | Case No. 16−23303−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 66 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 24th of August, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 16-23303-GLT
Deborah Yates                                                       Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas                  Page 1 of 2               Date Rcvd: Aug 24, 2018
                              Form ID: 309                Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
```
db             +Deborah Yates,    210 Pleasantview Road,    Finleyville, PA 15332-3021
cr             +Peoples Natural Gas Company LLC,    Attention: Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14284226       +B & B Orthopedics,    1145 Bower Hill Road,    Pittsburgh, PA 15243-1342
14284228        Crescent Acceptance Corp.,    P.O. Box 241,    Carnegie, PA 15106
14284229       +Dorothy Rapp,    5649 Marilyn Drive,    Pittsburgh, PA 15236-3355
14284231       +EMC Mortgage,    3415 Vision Drive,    Dept. OH4-7119,    Columbus, OH 43219-6009
14284233       +GM Card,    Customer Service,    P.O. Box 80083,    Salinas, CA 93912-0083
14284234        JC Penney Co., Inc./Momogram,    Bankruptcy Dept.,    P.O. Box 533,    Dallas, TX 75221-9913
14284235        JD Rapp,    244 Delano Drive,    Dallas, TX 75221-9913
14284238        JP Morgan Chase Bank, N.A. as servicer,    for U.S. Bank -TTEE Chase Records Center,
                 Attn: Corresponsence Mail,    Mail Code LA4-5555, 700 Kansas Lane,    Monroe, LA 71203
14284237       +Jefferson Health Services,    P.O. Box 37166M,    Pittsburgh, PA 15250-0001
14284239       +LaSalle Bank, N.A.,    10790 Rancho Bernardo Road,    San Diego, CA 92127-5705
14284240       +Margaret Gairo, Esquire,    McCabe, Wesiberg & Conway, P.C.,    123 S. Broad Street, Suite 2080,
                 Philadelphia, PA 19109-1031
14284242       +Mon Valley Hospital,    c/o Colonial Acceptance Co.,    312 Fallowfield Avenue,
                 Charleroi, PA 15022-1405
14284243       +Monongahela Emergency Physicians,    P.O. Box 28,    Washington, PA 15301-0028
14284245       +Radiology Associates of Western Pa.,    P.O. Box 90130,    Pittsburgh, PA 15224-0530
14284246       +Raymond P. Amatangelo,    312 Fallowfield Circle,    Charleroi, PA 15022-1405
14284247       +Ringgold Township and SD,    c/o Pa Municipal Service Company,    336 Delaware Avenue,
                 Oakmont, PA 15139-2138
14284248       +Rudy Zelak,    3700 Route 88,    Finleyville, PA 15332-1320
14284249       +Smith & Nephew,    2985 Scott Street,    Vista, CA 92081-8339
14284250       +South Hills Radiology Associates,    P.O. Box 13524,    Pittsburgh, PA 15243-0524
14284251       +Southwest Behavioral Care,    c/o Colonial Acceptance Co.,    312 Fallowfield Avenue,
                 Charleroi, PA 15022-1405
14284253       +Tri-Community South EMS,    5100 West Library Avenue,    Bethel Park, PA 15102-2787
14792648        U.S. Bank, National Association,,    as Trustee, as successor-in-interest,
                 to Bank of America, N.A., et al.,    c/o Select Portfolio Services, Inc.,
                 P.O. Box 65250, Salt Lake City, UT 84165
14792647       +US BANK,    700 Kansas Lane,    Monroe, LA 71203-4774
14284255        Washington County Tax Claim Bureau,    100 Beau Street,    Courthouse Square,
                 Washington, PA 15301
14284257       +Waste Management of Youngstown,    P.O. Box 4178,    Youngstown, OH 44515-0178
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14284225        E-mail/Text: bankruptcy@firstenergycorp.com Aug 25 2018 01:33:14     Allegheny Power,
                 P.O. Box 1392,    Fairmont, WV 26555-1392
14284227        EDI: CAPITALONE.COM Aug 25 2018 05:23:00      Capital One Bank (SA) N.A.,
                 c/o TSYS Debt Management,    P.O. Box 5155,    Norcross, GA 30091-5155
14284232       +EDI: AMINFOFP.COM Aug 25 2018 05:23:00      First Premier Bank,    601 S. Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
14284236        EDI: JEFFERSONCAP.COM Aug 25 2018 05:23:00      Jefferson Capital Services, LLC,    P.O. Box 7999,
                 Saint Cloud, MN 56302-7999
14284241        EDI: MAXBNC.COM Aug 25 2018 05:23:00      Max Recovery, Inc.,    P.O. Box 10228,
                 Newark, NJ 07193-0228
14284252       +E-mail/Text: PFS.Analyst@stclair.org Aug 25 2018 01:33:38     St. Clair Hospital,
                 1000 Bower Hill Road,    Pittsburgh, PA 15243-1899
14284254       +EDI: VERIZONCOMB.COM Aug 25 2018 05:23:00      Verizon Wireless,    Bankruptcy Dept.,
                 500 Technology Drive, Suite 550,    Weldon Spring, MO 63304-2225
14284256       +E-mail/Text: abovay@creditmanagementcompany.com Aug 25 2018 01:33:31     Waste Management Co.,
                 c/o Credit Management Co.,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14284230        EDI: ECAST.COM Aug 25 2018 05:23:00      eCast Settlement Corporation,    P.O. Box 34580,
                 Newark, NJ 07193-5480
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee, succes
14284244      ##+Pittsburgh Post-Gazette,    Attn: Credit Manager,    34 Blvd. of the Allies,
                 Pittsburgh, PA 15222-1204
                                                                                              TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2           User: dbas                 Page 2 of 2            Date Rcvd: Aug 24, 2018
                               Form ID: 309               Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association, as Trustee, successor by merger
               to LaSalle Bank National Association as Trustee for EMC Mort debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association as Trustee for EMC Mort bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank National Association as Trustee for EMC Mort bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Deborah  Yates m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```