**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DEBORAH YATES

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.:16-23303 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 09/05/2016 and confirmed on 12/19/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,300.00 |
| Less Refunds to Debtor | 2,773.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,526.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 708.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,908.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE | 0.00 | 9,308.00 | 0.00 | 9,308.00 |
|   Acct: 8872 | | | | |
| US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 8872 | | | | |
| EMC MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LASALLE NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WASHINGTON COUNTY TAX CLM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 9,308.00 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DEBORAH YATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 16-23303 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DEBORAH YATES | 2,773.80 | 2,773.80 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| ALLEGHENY POWER/FKA W PENN PWR** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| B & B ORTHOPEDIC ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRESCENT ACCEPTANCE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DOROTHY RAPP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GM CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JD RAPP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON HEALTH SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAX RECOVERY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MONONGAHELA EMERGENCY PHYSCNS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PITTSBURGH POST GAZETTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RADIOLOGY ASSOCIATES OF WESTERN P | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 113 | | | | |
| RAYMOND P AMATANGLO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUDY ZELAK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SMITH & NEPHEW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTH HILLS RADIOLOGY ASSOC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLONIAL ACCEPTANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ST CLAIR HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    TRI COMMUNITY SOUTH EMS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WASTE MANAGEMENT* (PMT) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARGARET GAIRO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\*\*\* N O N E \*\*\*

TOTAL PAID TO CREDITORS                                                                                                   9,618.00

   TOTAL CLAIMED
   PRIORITY            310.00
   SECURED               0.00
   UNSECURED             0.00

Date: 12/06/2018                                         /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                  CHAPTER 13 TRUSTEE WD PA
                                                  600 GRANT STREET
                                                  SUITE 3250 US STEEL TWR
                                                  PITTSBURGH, PA  15219
                                                  (412) 471-5566
                                                  cmecf@chapter13trusteewdpa.com